UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| **STANLEY J. SMITH**<br><br>    Plaintiff,<br>v.<br><br>**AUXILIUM PHARMACEUTICALS, INC., et al.**<br><br>    Defendants. | Civil Action No. 1:15-cv-08599<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE AS TO DEFENDANT AUXILIUM PHARMACEUTICALS, INC. ONLY** |

Pursuant to Rule 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate and agree that any and all claims asserted by and on behalf of Plaintiffs against Defendant AUXILIUM PHARMACEUTICALS, INC. ONLY in the above-captioned case be and are hereby dismissed with prejudice.  Each party to bare their own fees and costs.

    Dated:  November 28, 2016

| | |
|---|---|
| */s/  Rachel Abrams*<br>Rachel Abrams (CA #209316)<br>**LEVIN SIMES LLP**<br>44 Montgomery Street, 32nd Floor<br>San Francisco, CA  94104<br>Telephone:     (415) 426-3000<br>Email:  rabrams@levinsimes.com<br>*Attorney for Plaintiff* | s/ Andrew K. Solow (w/consent)<br>Andrew K. Solow<br>**KAYE SCHOLER LLP**<br>250 West 55th Street New York, NY 10019<br>Telephone: (212) 836-7740<br>Email: Andrew.Solow@kayescholer.com<br>*Attorneys for Defendant Auxilium Pharmaceuticals, Inc.* |

1

s/ Katherine Unger Davis (w/consent)
Katherine Unger Davis
**DECHERT LLP**
2929 Arch St. Cira Centra
Philadelphia, PA  19104-2808
Telephone: (215) 994-2015
Email: katherine.davis@dechert.com
*Attorneys for Defendant AbbVie Inc. and*
*Abbott Laboratories, Inc.*